**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Tracy Brown d/b/a Rhinestones in Design  **v.**  Mesa Distributors, Inc.

Appellate case number:   01-12-00476-CV

Trial court case number:  990817

Trial court:             Co Civil Ct at Law No 3 of Harris County

Date motion filed:       September 16, 2013

Party filing motion:     Appellant, Tracy Brown

  It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  Evelyn v. Keyes
       Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date:  October 17, 2013